# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARIANA BURTON,<br><br>      Plaintiff(s),<br><br>v.<br><br>SOUTHERN HILLS PAVILLION,<br><br>      Defendant(s). | Case No. 2:24-cv-00447-MMD-NJK<br><br>**REPORT AND RECOMMENDATION**<br>[Docket Nos. 1, 4, 5] |

The Court has a duty to ensure that it has subject matter jurisdiction over the dispute before it, an issue it may raise at any time during the proceedings. *See, e.g.*, Fed. R. Civ. P. 12(h)(3). Federal courts are tribunals of limited jurisdiction and possess only that power authorized by the Constitution and statute. *See Rasul v. Bush*, 542 U.S. 466, 489 (2004). "A federal court is presumed to lack jurisdiction in a particular case unless the contrary affirmatively appears." *Stock West, Inc. v. Confederated Tribes of the Colville Reservation*, 873 F.2d 1221, 1225 (9th Cir. 1989). "The party asserting federal jurisdiction bears the burden of proving that the case is properly in federal court." *McCauley v. Ford Motor Co.*, 264 F.3d 952, 957 (9th Cir. 2001) (*citing McNutt v. General Motors Acceptance Corp.*, 298 U.S. 178, 189 (1936)).

On April 18, 2024, the Court determined that Plaintiff's initial complaint failed to plead subject matter jurisdiction or comply with Rule 8. Docket No. 3. The Court dismissed the initial complaint with leave to amend. *Id.* at 2. Plaintiff has now filed an amended complaint. Docket No. 5. The amended complaint is difficult to discern, but appears to seek to bring a claim for stalking and harassment against a psychiatric facility. *See id.* at 1. The amended complaint does not provide allegations invoking either diversity jurisdiction or federal question jurisdiction. *See id.* Instead, the complaint indicates that jurisdiction exists for "U.S. Government Plaintiff." *Id.* As Plaintiff is not the United States Government, however, such an assertion fails.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED** without prejudice for lack of subject matter jurisdiction.  As a corollary, the applications to proceed *in forma pauperis* (Docket Nos. 1, 4) may be denied as moot.

Dated: April 29, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

## <u>NOTICE</u>

This report and recommendation is submitted to the United States District Judge assigned to this case pursuant to 28 U.S.C. § 636(b)(1).  A party who objects to this report and recommendation must file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation.  Local Rule IB 3-2(a).  Failure to file a timely objection may waive the right to appeal the district court's order.  *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).